Stuart D. Gavzy, Esquire
163 East Main Street
Little Falls, New Jersey 07424
973-256-6080
Fax: 973-256-3665
Attorney for Debtors, Sohan and Pushpa Lal
(SG0543)

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

_____
In the Matter of                              : Case No.:  09-15123 KCF
                                              : Chapter 13
Sohan and Pushpa Lal                          :
                                              : **SUBSTITUTION OF ATTORNEY**
_____**:**
Debtor(s)

     The undersigned hereby consent to the substitution of Stuart D. Gavzy, Esq., 163 East Main Street, Little Falls, New Jersey, as attorney for the Debtor, Glenn Bryant, in the above-referenced proceeding.

/s/ Stuart D. Gavzy, Esq.                     /s/ Aurelia Mitchell Durant, Esq.
Stuart D. Gavzy                               Aurelia Mitchell Durant
Superceding Attorney                          Withdrawing Attorney